16 A.3d 498

**Israel POLANCO, Jr., Appellant**

**v.**

**DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

March 28, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of March, 2011, the Order of the Commonwealth Court is hereby **AFFIRMED.**